IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ESTHER CARABALLO RIVERA<br>Plaintiff<br>vs<br>PLAZA TU SUPERMERCADO, INC.;<br>CASH AND CARRY FRIGORIFICO -<br>ALMACEN SOMOS,<br>INCORPORADO; PLAZA TU<br>SUPERMERCADO<br>Defendants | CIVIL 16-3126CCC |

## JUDGMENT

Having considered the Stipulation of Dismissal with Prejudice (**d.e. 37**) filed jointly by the parties on March 13, 2018, which is NOTED, JUDGMENT is hereby entered DISMISSING the action against defendant Cash and Carry Frigorífico – Almacén Somos Incorporado, WITH PREJUDICE.

The pretrial/settlement conference set for March 15, 2018 and non-jury trial set for June 28, 2018 are, therefore, VACATED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 13, 2018.

S/CARMEN CONSUELO CEREZO
United States District Judge